# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 30, 2016

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave.
San Francisco, CA 94102

Re: PARISH v. PFIZER, INC.
Cause Number: 1:16–cv–02419–SEB–DML

To Whom it May Concern:

Pursuant to an Order dated September 30, 2016, the above file is being transferred to the United States District Court for the Northern District of California. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By: s/Melanie Carmichael
Melanie Carmichael, Deputy Clerk

cc: Counsel of record